IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JODY MUMMELTHIE,
    Plaintiffs,

v.                 Case No. 4:20-CV-00255-DGK

WALMART, INC.,
    Defendant.

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties by their respective counsel of record and pursuant to F.R.C.P. 41(a)(1)(A)(ii) do hereby jointly stipulate that the instant matter may be dismissed with prejudice with each party bearing its own costs, as this matter has been full compromised and settled.

Approved by:

/s/ John G. O'Connor
 John G. O'Connor
 Robb, Taylor & O'Connor
 Attorney for Plaintiff
 Mo. Bar No. 40004
 827 Armstrong Avenue
 Kansas City, Kansas 66101
 Ph: (913) 321-9600 Fax: (913) 321-0199


/s/ Tracy M. Hayes
 Tracy M. Hayes
 Sanders Warren Russell & Scheer, LLP
 Attorney for Defendant
 Mo. Bar No. 58555
 40 Corporate Woods
 9401 Indian Creek Parkway, Suite 1250
 Overland Park, KS 66210
 Ph: (913) 234-6100 Fax: (913) 234-6199