# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| JUDY MUMMELTHIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-cv-00255-DGK |
| WALMART, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice (Doc. 20), it is hereby ORDERED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Date: August 18, 2020

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT